E-FILED
Monday, 22 April, 2019 11:32:13 AM
Clerk, U.S. District Court, ILCD

# United States District Court

## for the Central District of Illinois

FILED
APR 22 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Ross B. Radke )
Plaintiff, )
v. )
Case No. 19-2102
Village of Ludlow, etal. )
Defendant(s) )

## PRO SE CIVIL RIGHTS COMPLAINT
## (Non-Prisoner)

### I. JURISDICTION

**Praecipe:** Subject matter jurisdiction is invoked under 18 U.S.C. ##1961-1968

***"Racketeering in a Corrupt Organization"***

Further 18 U.S.C. # 242, 28 U.S.C. # 1331, 28 U.S.C. # 1343(a)(3) and/or 42 U.S.C. # 1983.

## II. PARTIES

**Plaintiff:**

A. Plaintiff, a citizen of the State of Illinois, who resides at 121 S. Church St., Ludlow, IL 60949, alleges that his enterprise and civil rights have been violated by the entitie(s) and individual(s) named below.

**Defendant #1**

B. Defendant is the **Village of Ludlow**, a Municipal Corporation in the State of Illinois.

This policies of this government agency has caused damage to my enterprise and I want money damages. This defendant abused its powers by enacting unconstitutional local ordinances and policies, with intent to damage. I seek injunctive relief to have my village water restored and estoppel of further activities against the plaintiff.

**Defendant #2**

C. Defendant is **Steven Thomas**, and is employed as the President of the Village of Ludlow, Ludlow, IL.

This defendant personally participated in causing damage to my enterprise and I want

money damages. This defendant abused his powers as Village President by directing the Ludlow Police Department, and others, to deprive me of my civil rights under color of law and other.

**Defendant #3**

D. Defendant is **Deborah Roemer**, f. k. a. Deborah Lou Radke, is employed by as a Cook/Coach with Woodland CUSD, Manville, IL

This defendant personally participated causing injury to my enterprise and I want money damages. This defendant has participated in at least two counts of racketeering activity violating my civil rights through direct control of others.

**Defendant #4**

E. Aaron Galloway, Attorney at Law, employed at Fellheimer Law Firm Ltd. 210 N. Main St., Pontiac, IL .

This defendant personally participated in causing injury to my enterprise and I want money damages. This defendant participated in mail fraud, wire fraud and other racketeering activities violating my civil rights.

**Defendant #5**

E. Defendant is **Judge Robert M. Travers** who is employed by the Livingston County, IL at the Livingston County Law and Justice Center in Pontiac, IL.

This defendant personally participated causing injury to my enterprise and I want money damages. This defendant participated in racketeering activity violating my civil rights through extortion and abuse of state statutes.

**Defendant #6**

F. Defendant is **City of Ottawa**, a Municipal Illinois Corporation located at 301 W. Madison St., Ottawa, IL.

The policy of this government agency has caused injury to my enterprise and I want money damages. This defendant participated in at multiple counts of racketeering activity

violating my civil rights through direct control of others.

**Defendant #7**

G. Defendant is **Robert M. Eschbach**, and is employed as Mayor of the City of Ottawa, 301 W. Madison St., Ottawa, IL

This defendant personally participated causing injury to my enterprise and I want money damages. This defendant may have participated in at multiple counts of racketeering activity violating my civil rights through direct control of the Ottawa Police Department and others.

## III. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in federal court? NO

## IV. STATEMENT OF CLAIMS

**Claim #1**

1. On or about March 5, 2018 the plaintiff was appointed, and sworn in, as Village Trustee to the Village of Ludlow, in the County of Champaign, in the State of Illinois. The plaintiff is currently holding the Police Committee Chairman position. The defendants 1, 2 and 3 have violated the plaintiff's enterprise by conspiring together to violate one or more of the plaintiff's civil rights.

2. Plaintiff was not charged with a crime.

3. No criminal proceedings.

4. Plaintiff, Pro Se, further alleges as follows:

That since I Have been sworn in as a Village Trustee the defendants have conspired against my enterprise. They have legislated a blind ordinance with regard to "sexual harassment" in an effort to open and form new cases against me. They have further abused authority with the local police force by openly investigating me without due cause.

5. Defendants acted knowingly, intentionally, willfully and maliciously.

6. As a result of the Defendants' conduct, plaintiff was injured as follows:

Please see **DAMAGES** on page 14.

7. Plaintiff asks that this case be tried by a jury.

**Claim #2**

1. On April 15, 2015 plaintiff was served an Order of Protection, 15-OP-40, at approximately 7:30 a.m. at 29318 N. 848 East Road, Manville, IL, in the County of Livingston, in the State of Illinois. The defendants 1, 2, 3, 4 and 5 have conspired together, and do currently conspire, to damage my Enterprise by violating one or more racketeering activities.

2. The plaintiff has been charged with: 6 years control under the O.P. to date with supervised visits for the last four years. There has been a dissolution of marriage case 15-D-77 underlying this initial O.P.

3. The Order of Protection is still in place. The court has levied a new 2 year order against the plaintiff as of March 16, 2019.

4. Plaintiff , Pro Se, further alleges that the defendants have used the state court to exercise control of my Enterprise by acting to violate my Second Amendment rights, my disable person rights, my parenting time rights, and the my full rights of replevin and more.

5. Defendants acted knowingly, intentionally, willfully and maliciously.

6. As a result of the Defendants' conduct, plaintiff was injured as follows: Please see **DAMAGES** on page 14.

7. Plaintiff, Pro Se, asks this case be tried by a jury. 

**Claim #3**

1. On, or about, June 19, 2009 plaintiff was present and residing in the City of Ottawa, in the County of LaSalle, in the State of Illinois at such time the defendants 3, 6, and 7 started a conspiracy against my Enterprise by conspiring together to violate my civil rights that continues today.

2. Plaintiff was charged with 5 crimes specifically:

   June 19, 2009 Traffic Citation-Lights

   March 26, 2010 Theft under $35.00

   June 3, 2010 Two charged of Unlawful Use of a Weapon.

   March 21, 2011 One charge of Unlawful Use of a Weapon.

3. The criminal proceedings resulted in a finding of guilty verdict on the Theft charge . The three UUW charges found a not guilty verdict. The traffic citation was also not guilty.

4. Plaintiff, Pro Se, further alleges that there have been many acts of racketeering since June 19, 2009. These acts by, and through, all defendants conspiring.

5. Defendants acted knowingly, intentionally, willfully and malisciously.

6. As a result of the Defendants' conduct, plaintiff was injured as follows:

Please see **DAMAGES** on page 14.

7. Plaintiff, Pro Se, asks this case be tried by a jury.

## Damages

My name is Ross Blake Radke. I lived in Ottawa, IL from 1986 thru 2014. I was a prominent citizen in that community for the entire time. I owned and operated Hydrus, Inc., a service based manufacturer of water treatment to industry, for 31 years prior to retiring in 2014. I was an Illinois Licensed Private Detective, #115-001766 and Licensee in Charge of Angel Private Eyes, Inc. #117-001230 as well as Branch Offices. I was authorized by the State of Illinois to carry firearms while I am doing my duties. I lived in a converted grocery store that housed my Private Detective Agency and Martial Arts School. I am a Grandmaster Soke Dai, Tenth Degree Black Belt, and had been teaching martial arts in my community for 20 years. I am an Eagle Scout and I believe in the conventions of "Be Prepared" and do a "Good Turn Daily". My life has been a living hell since **June 19, 2009** when I was arrest for a traffic offense by the Ottawa Police Department. Since that time I have been constantly had an attack on my civil rights and my Enterprise through racketeering activities including all defendants.

***The Enterprise:***

My investigative skills have created many enemies. I have been investigating organized crime since 2000 in the LaSalle County area. I have substantial inroads into this organization's extensive network and structure. This network is directly linked to the City of Ottawa, and its department. The City of Ottawa started its attack on my Enterprise on June 19, 2009. Their primary goal has been to ruin my life so that I have reduced credibility for my on going Enterprise. My Second Amendment rights and carry privilege was their initial focus. I am preparing to write several books to enlighten the world as to my investigations.

***The Bonus:***

The prevention of possible civil suits and criminal charges being filed after I release my work product and investigation results. This I believe to be "Anti-SLAPP" in its design.

## V. PRAYER FOR RELEIF

Plaintiff, Pro Se, requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $2,000,000.00 to compensate for bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life and property damage to the plaintiff.

2. Punitive Damages: YES

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. # 1988.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I, Ross B. Radke, certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

April, 19, 2019

Plaintiff Pro Se' Name: Ross B. Radke

Mailing Address: 121 S. Church St

POB 2

Ludlow, IL 60949

(217) 419-8294 Cellular

hangedman1117@gmail.com