Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **ROSS B. RADKE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case Number: 19-2102 |
| | ) |
| **VILLAGE OF LUDLOW,** | ) |
| **STEVEN THOMAS,** | ) |
| **AARON GALLOWAY,** | ) |
| **ROBERT M. TRAVERS,** | ) |
| **CITY OF OTTAWA, and** | ) |
| **ROBERT M. ESCHBACH,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that this case is terminated with prejudice.

**Dated: July 31, 2019**

                                                   s/ Shig Yasunaga
                                                   Shig Yasunaga
                                                   Clerk, U.S. District Court